## STANSBURY, Etc. *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 61, September Term, 1962.]

*Decided February 8, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, HORNEY and MARBURY, JJ.

PER CURIAM.

In this application for leave to appeal from a finding of defective delinquency, the applicant states merely that he "disagrees with the decision of the Court." Assuming, without deciding, that this statement is in compliance with Rule 894 a 2 (a), we have examined the report of Dr. Boslow and find the evidence legally sufficient to support the judgment.

> *Application denied.*